# NVM

**NESBITT,**
**VASSAR &**
**MCCOWN, L.L.P.**
attorneys | counselors

ACCEPTED
01-15-00147-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:58:37 PM
CHRISTOPHER PRINE
CLERK

15851 DALLAS PARKWAY, SUITE 800, ADDISON, TEXAS 75001
PHONE: 972.371.2411 FAX: 972.371.2410 WEB:
WWW.NVMLAW.COM
WRITER'S DIRECT DIAL: 972.371.2419
WRITER'S EMAIL: PSICOTTE@NVMLAW.COM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 1:58:37 PM
CHRISTOPHER A. PRINE
Clerk

April 9, 2015

**<u>Via E-Filing</u>**
Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
201 Fannin Street
Houston, Texas 77002-2066

> Re: Case No. 01-15-00147-CV; *Metropolitan Insurance and Annuity Company and Metropolitan Life Insurance Company v. Peachtree Settlement Funding, LLC*; in the First Court of Appeals

Dear Mr. Prine:

This firm and the undersigned represent Peachtree Settlement Funding, LLC in the above-referenced appeal. Please forward me a copy of the Clerk's Record prepared for the appeal at the address set forth above. Please contact me via telephone at 972-371-2419 so that I may provide you with the firm's FedEx Number to cover the cost of shipping for the Clerk's Record.

If you have any questions or concerns please do not hesitate to give me a call at the phone number listed above. Thank you.

Sincerely,

/s/ Patrick P. Sicotte

Patrick P. Sicotte

Clerk of the Court
April 9, 2015
Page 2

_____

cc:    <u>Via U.S. Mail and
E-Mail</u>
Patrick Larkin
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584

<u>Via U.S. Mail and
E-Mail</u>
Stephen R. Harris
Drinker Biddle & Reath LLP
One Logan Square, Suite 200
Philadelphia, PA 19103

<u>Via U.S. Mail</u>
S. Swain
3303 Quarry Place Lane
Katy, Texas 77493